**Order entered July 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00651-CV

### HI SOON AND YOUNG SHIN PARK, Appellants

### V.

### WELLS FARGO BANK, AS TRUST/TRUSTEE OF ABFC 2004-OPT2 TRUST, Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-02647**

## ORDER

The clerk's record is two months overdue in this appeal. Appellants' docketing statement reflects that appellants have both requested the clerk's record and made payment arrangements for the record.

Accordingly, the Court **ORDERS** the Dallas County District Clerk to file, within **FIFTEEN DAYS** of the date of this order, either the clerk's record or written verification that appellants have not paid for the record. *We notify appellants that if we receive verification of non-payment, we will, without further notice, dismiss the appeal for want of prosecution. See* TEX. R. APP. P. 37.3(b).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Civil Records Division, and to counsel for all parties.


/s/     CAROLYN WRIGHT
           CHIEF JUSTICE